**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ALBERTO MARCIAL, | No. 09-74093 |
| Petitioner, | Agency No. A089-268-234 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Jose Alberto Marcial, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for adjustment of

status.  We review de novo claims of due process violations in removal

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

proceedings. *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000). We deny the petition for review.

Marcial's due process claims fail because the proceedings were not so fundamentally unfair that he was prevented from reasonably presenting his case in support of his adjustment of status application, and he failed to demonstrate prejudice where the BIA, in its de novo review, concluded that Marcial's positive factors do not outweigh his criminal record. *See id.* at 971-72; *see also Hosseini v. Gonzales*, 471 F.3d 953, 957 (9th Cir. 2006)(where the BIA conducts its own review of the evidence and law rather than simply adopting the IJ's decision, our review "is limited to the BIA's decision, except to the extent the IJ's opinion is expressly adopted."*)*.

**PETITION FOR REVIEW DENIED.**